FILED

# United States District Court

NOV 6 2006

___MIDDLE___ DISTRICT OF ___ALABAMA___

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

CHAD WALLACE and
CHARLENE MIMS

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06mj122-DRB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 2, 2006__, in __Coffee__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly and intentionally attempt to manufacture methamphetamine,
a Schedule II Controlled Substance,**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__ I further state that I am a(n)

__Drug Enforcement Administration, Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 6, 2006                                    at    Montgomery, Alabama
_____                          _____
Date                                                     City and State

Delores R. Boyd, U.S. Magistrate Judge               _____
_____                          Signature of Judicial Officer
Name and Title of Judicial Officer

# AFFIDAVIT

I, Devin L. Whittle, Special Agent of the United States Department of Justice, Drug Enforcement Administration (DEA) being duly sworn, depose and state as follows:

Your affiant is a Special Agent with the Drug Enforcement Administration (DEA). I am an investigator or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

I am currently employed with the United States Drug Enforcement Administration (DEA), and have been so employed for the past eleven (11) years. I am currently assigned to the New Orleans Division, the Montgomery District Office. Prior to becoming a Special Agent, I was a Montgomery, Alabama, Police Officer for eight (8) years. I have worked exclusively on narcotics investigations for sixteen (16) years. I have investigated criminal violations of the Federal controlled substance laws, including, but not limited to, investigations involving smuggling of controlled substances, distribution of controlled substances in violation of Title 21, United States Code,

1

Section 841; and laundering of the proceeds derived from the sale of controlled substances. This affidavit is submitted for the purpose of establishing probable cause for a complaint against Jeffery Chad WALLACE. Information contained in this affidavit was received by me from oral and written reports about this investigation that I have received, directly or indirectly from Investigators/Detectives who were involved in this investigation.

On November 2, 2006, Investigator Kyle Hale of the Enterprise, Alabama Police Department was traveling home in his police vehicle when he observed security guard R.C. Covington investigating a vehicle at a construction site in Enterprise, Alabama. Investigator Hale activated his dash board video camera and microphone and approached the suspect vehicle. Investigator Hale approached the passenger of the vehicle, Charlene MIMS. Investigator Hale stated that based on MIMS behavior and his training and experience, he believed MIMS to be under the influence of methamphetamine. Because of MIMS behavior, MIMS was placed in the patrol car.

Investigator Hale further stated that he could smell a strong chemical odor emitting from the vehicle. In addition, Inv. Hale asked Chad WALLACE, the driver of the vehicle, for consent to search the vehicle based on the

2

chemical odor. WALLACE refused to give consent to search the vehicle. Investigator Hale then contacted K-9 Officer Chris Mason and requested his K-9 at the scene. When the K-9 arrived at the scene, the K-9 sniffed the vehicle. The K-9 alerted on the vehicle.

Based on Investigator Kyle Hale's observations and the positive K-9 hit on the vehicle, Investigator Hale and other officers searched the vehicle. Officers located a small bag of marijuana in the glove box of the vehicle. Officers also located several containers of red phosphorous and a plastic PVC pipe that contained pseudoephedrine. Based on Officer Hale's training and experience, he recognized that the red phosphorous and pseudoephedrine are precursors used in the manufacture of methamphetamine.

In addition, Officers noticed that MIMS, who was in the back of the patrol car, was engaged in unusual squirming and moving around. Inv. Hale radioed for a female officer to come to the scene. The female officer searched MIMS' person and found a small amount of methamphetamine and a smoking pipe inside her vagina.

While conducting their investigation at the vehicle scene, officers anticipated the possibility that Chad WALLACE had manufactured or was in the process of manufacturing methamphetamine at is residence located at 3115 County Road

3

610 in Enterprise, Alabama. Officers sent Deputy Chris Grantham to 3115 County Road 610, Enterprise, Alabama to determine if someone was at home who might be in danger as a result an active methamphetamine laboratory. Grantham approached the rear door of the residence and knocked on the door. No one came to the door. Deputy Grantham smelled a strong odor of chemicals emitting from the residence. Deputy Grantham then retrieved his K-9 and placed the K-9 on the back porch of the residence. The K-9 gave a positive alert for the presents of drugs.

Local officers knew Chad WALLACE to be a manufacturer of methamphetamine and had received information from several reliable sources that WALLACE manufactures methamphetamine at 3114 County Road 610 Enterprise, Alabama. Based on the evidence seized at the scene where Chad WALLACE and Charlene MIMS were arrested, the information received from Deputy Grantham and information received from reliable confidential sources, officers obtained a State of Alabama search warrant for 3115 County Road 610 Enterprise, Alabama. This is the residence of Chad WALLACE. The affiant on the State of Alabama search warrant was Investigator Kyle Hale and it was signed by the Honorable Jeff Kelley, a Circuit Judge for Coffee and Pike Counties in Alabama.

During the search of 3114 County Road 610 Enterprise, Alabama, officers located a hidden compartment inside of a wall located in the residence. This hidden compartment contained two quart jars of methamphetamine oil with bi-layers. Officers also located a Pyrex plate that contained methamphetamine residue, muriatic acid and other bottles containing methamphetamine oil in other parts of the residence. Based on Investigator Kyle Hale's training and experience, he was aware of the fact the above mentioned chemicals and materials are used in the manufacture of methamphetamine.

DEA SPECIAL AGENT DEVIN WHITTLE

Sworn to and subscribed before me
this 6th day of November 2006
at Montgomery, AL

_____
Delores Boyd, U. S. Magistrate Judge

5