**COURTROOM DEPUTY MINUTES**    DATE: 11-15-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:40-3:48 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **DRB**        DEPUTY CLERK: **sql**

CASE NO.: **1:06mj122-DRB**          DEFT. NAME: **Chad WALLACE**

USA: ~~Clark Morris~~ Snyder        ATTY: ~~Leslie Smith~~ Petersen

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: **Wood**

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME: ____

| | |
|---|---|
| ☑ kars. | Date of Arrest **11-14-06** or ☐ karsr40 |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☑ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel |
| ☑ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☑ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained ____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☑ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☑ kdmhrg. | Detention Hearing ☐ held; ☑ set for **11-20-06 at 3:30pm** |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☑ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☑ | Preliminary Hearing ☑ Set for **11-20-06 at 3:30pm** |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☐ karr. | ARRAIGNMENT SET FOR: ____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for ____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____ |
| | DISCOVERY DISCLOSURES DATE: ____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for ____ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |