FILED

NOV 16 ~~~

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. __1:06CR268-WKW__ |
| | ) | [21 USC 841(a)(1), |
| v. | ) | 841(c)(2), 856(a)(1), |
| | ) | 844(a)] |
| JEFFERY CHAD WALLACE, and | ) | |
| CHARLENE MIMS | ) | INDICTMENT |

The Grand Jury charges that:

## COUNT 1

On or about the 2nd day of November, 2006, in Coffee County, within the Middle District of Alabama, the defendants,

JEFFERY CHAD WALLACE, and
CHARLENE MIMS,

did knowingly and intentionally manufacture five (5) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 2nd day of November, 2006, in Coffee County, within the Middle District of Alabama, the defendants,

JEFFERY CHAD WALLACE, and
CHARLENE MIMS,

did knowingly and intentionally possess a listed chemical, that is, pseudoephedrine, knowing and having reasonable cause to believe, that the pseudoephedrine would be used to manufacture a controlled substance, that is, methamphetamine, in violation of Title 21, United States Code, Section 841(c)(2).

COUNT 3

On or about the 2nd day of November, 2006, in Coffee County, within the Middle District of Alabama, the defendant,

CHARLENE MIMS,

did knowingly and intentionally possess methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

COUNT 4

On or about the 2nd day of November, 2006, in Coffee County, within the Middle District of Alabama, the defendant,

JEFFERY CHAD WALLACE,

did knowingly open, use, and maintain a place for the purpose of manufacturing, distributing and using a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 856(a)(1).

A TRUE BILL:

_Foreperson_

LEURA G. CANARY
United States Attorney

A. CLARK MORRIS
Assistant United States Attorney