IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 1:06cr268-WKW |
| ) | |
| JEFFERY CHAD WALLACE ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for November 29, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner:

JEFFERY CHAD WALLACE before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 29th day of November, 2006 at 10:00 o'clock a.m..

DONE this 20th day of November, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: /s/ Joyce Taylor
Deputy Clerk