IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr268-WKW |
| | ) | |
| JEFFERY CHAD WALLACE | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Jeffery Chad Wallace into the custody of Devin Whittle, DEA, and/or Tom Halasz, DEA, from November 29, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Devin Whittle and/or Tom Halasz to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 27th day of November, 2006.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/A. Clark Morris
        A. CLARK MORRIS
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr268-WKW |
| | ) | |
| JEFFERY CHAD WALLACE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russell T. Duraski, Esq.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr268-WKW |
| | ) | |
| JEFFERY CHAD WALLACE | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on November 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Jeffery Chad Wallace from November 29, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Devin Whittle and/or Tom Halasz, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE