IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr268-WKW |
| | ) | |
| JEFFERY CHAD WALLACE | ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner filed on November 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Jeffery Chad Wallace from November 29, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Devin Whittle and/or Tom Halasz, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 27th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE