**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006
DIGITAL RECORDING: 10:45 – 10:55 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 1:06cr268-WKW — G
DEFT. NAME: JEFFERY CHAD WALLACE

USA: Morris
ATTY: Russ Duraski
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: _____

- ☐ kars.   Date of Arrest _____ or ☐ karsr40
- ☐ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐   Deft. First Appearance without Counsel
- ☐   Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☐   Preliminary Hearing ☐ Set for _____
- ☐ ko.   Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ ✓   Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ karr.   ARRAIGNMENT SET FOR: _____ ☑ HELD. **Plea of NOT GUILTY entered** ✓
-   ☑ Set for 2-5-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-   DISCOVERY DISCLOSURES DATE: 11-29-06
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed