**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**SOUTHERN DIVISION**

2006 DEC -8  A 9:59

| | | |
|---|---|---|
| United States of America | * | |
| | * | ...A P. HACKETT, C... |
| | * | U.S. DISTRICT COURT |
| v. | * | Case No. 1:06-cr-268-WKW TRICT ALA |
| | * | |
| Jeffrey Chad Wallace | * | |

### REQUEST TO RECONSIDER DETENTION

Comes now the Defendant in the above-styled matter and files this his Request to Reconsider Detention and shows to the Court as follows:

1. At the original detention hearing in this matter the Defendant conceded detention at that time and reserved the right to ask that detention be reconsidered at a later date.

2. The Defendant and counsel have met with the government and believe that appropriate conditions can be set to assure the Defendant's appearance for all future court proceedings.

3. The Defendant is not a flight risk and poses no threat to the community if released.

4. The United States has no opposition to the Defendant's Pretrial Release.

Wherefore; the Defendant prays that a hearing will be set to determine the request for pretrial release.

Respectfully submitted this _7th_ day of _December_ , 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _7th_ day of _December_ , 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197