**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **CASE NO.   1:06CR268-WKW** |
| ) | |
| **JEFFERY CHAD WALLACE** ) | |

**ORDER**

Upon consideration of the defendant's *Request to Reconsider Detention* (doc. 20) filed December 8, 2006, and for good cause, it is

**ORDERED** that the motion be and is hereby set for hearing at **10:00 a.m. on December 13, 2006,** in courtroom 4-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The defendant is **DIRECTED** to confer with Pretrial Services prior to the hearing concerning the proposed conditions of release.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 11th day of December, 2006.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE