## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 12/13/06 | AT | 9:59 A.M. TO 10:01 A.M. |
| **DATE COMPLETED:** 12/13/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA     *
                             *
VS.                          *     CASE NO.: 1:06CR268-WKW
                             *
JEFFERY CHAD WALLACE         *

| **GOVERNMENT** | **APPEARANCES:** | **DEFENDANT** |
|---|---|---|
| Atty. A. CLARK MORRIS | * | Atty. RUSSELL DURASKI |
| DEWAYNE SPURLOCK/UPSO | | |

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **MOTION TO RECONSIDER DETENTION HEARING**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Reconsideration of Detention hrg. - 06cr268-WKW ||
| **Date** | 12/13/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9:59:40 AM | Court | Court convenes ; parties present as noted; Discussion as to the motion to reconsider detention and the agreement the parties have reached as to this motion; Discussion as to conditions of release and the appearance bond; |
| 10:00:25 AM | Duraski | Deft has not seen the order, but did discussed the conditions with pretrial and have gone over those with him. |
| 10:00:31 AM | Court | Deft executes the release order and the appearance bond; |
| 10:01:29 AM | Court | Court is recessed. |