IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 JAN 12 P 12: 06

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 1:06-cr-268-WKW |
| | * | |
| **Jeffrey Chad Wallace** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

Respectfully submitted this 12th day of January, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 12th day of January, 2007.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197