COURTROOM DEPUTY MINUTES          DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED: 1:11 - 1:12

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06CR-268-WKW-CSC     DEFENDANT NAME: JEFFERY CHAD WALLACE
                                                    CHARLENE MIMS

### APPEARANCES

GOVERNMENT                                   DEFENDANT COUNSEL
ATTY. ~~CHRISTOPHER SNYDER~~                 ATTY. DONNIE BETHEL
      Stephen P. Feaga                       ATTY. PATE DEBARDELEBEN

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.
Deft Mims will file m/ continue trial.

☑ **PLEA STATUS:** possible pleas to deft Wallace.

☑ **TRIAL STATUS:** * Will take 1 day to try case as to Deft Mims. 2 days to try case if goes to trial

☐ **REMARKS:**