IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                              )<br>)<br>JEFFRE CHAD WALLACE                     )<br>CHARLENE MIMS                                  ) | CASE NO. 2:06-cr-268-WKW |

UNITED STATES OF AMERICA     )
                             )
                             )
     v.                      )     CASE NO. 2:06-cr-268-WKW
                             )
JEFFREY CHAD WALLACE         )
CHARLENE MIMS                )

## **ORDER**

This case is before the court on a Motion to Continue the trial date (Doc. # 29) filed by Defendant Charlene Mims. The criminal case is currently set for trial during the February 5, 2007 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best

interest of the public and Ms. Sims in a speedy trial.[1]  In support of her Motion to Continue, Ms. Sims represents that additional time is necessary to properly prepare for trial in light of the recent appointment of new counsel.  The United States has represented to the court that it does not oppose a continuance.

Accordingly, it is ORDERED that

1. The defendant's Motion to Continue (Doc. # 29) is GRANTED.

2. Trial in this matter is continued from February 5, 2007, to the criminal term of court beginning on April 23, 2007, at 10:00 a.m.

3. The Magistrate Judge is to conduct a pretrial conference prior to the April 23, 2007 trial term and enter a pretrial conference order.

DONE this 16th day of January, 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] A continuance will not affect the speedy trial rights as to Defendant Wallace as he has filed notice of intent to change his plea (Doc. # 30).