IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.  2:06CR-268-WKW |
| ) | |
| JEFFREY CHAD WALLACE ) | |
| CHARLENE MIMS ) | |
| ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case on the April 23, 2007 trial term, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 20, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 17th day of January, 2007.

                                                   /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE