| COURTROOM DEPUTY MINUTES | DATE: January 22, 2007 | FTR RECORDING: 9:10 – 9:11 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS | |

- ☐ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 1:06-CR-268-WKW-CSC | DEFENDANT NAME: JEFFERY CHAD WALLACE |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: RUSSELL T. DURASKI |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |

Defendant ____ does ✓ does NOT need and interpreter. Name: ____

- ☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

✓ Guilty as to: ✓ Count(s) 1 + 2 of the **Indictment.**

☐ Count(s) ____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered  ✓ Written plea agreement filed. ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ✓ **ORDER:** Defendant Continued  ✓ same Conditions/Bond imposed by Mag. Judge;

  ☐ Released on Bond & Conditions of Release for:  ☐ Trial on ____;

  ✓ Sentencing on ____; ✓ to be set by Separate Order

- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ☐ Trial on ____; or ☐ Sentencing on ____ ☐ Set by separate Order.