PS 12A
(8/03)

# United States District Court

## for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Jeffrey Chad Wallace    Case Number: 2:06cr268-WKW

Name of Releasing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Release: December 13, 2006

Type of Release: Pretrial Release

Original Offense: Manufacturing Methamphetamine

Date of Next Court Appearance: May 8, 2007 (sentencing)

Conditions of Release: maintain or actively seek employment; maintain residence at 135 Private Road 1514, Elba, AL; do not possess a firearm, destructive device or other dangerous weapon; refrain from excessive use of alcohol; refrain from any use or unlawful possession of a controlled substance; submit to drug testing; participate in substance abuse treatment if ordered to do so by the probation officer; report any contact with law enforcement to the probation officer and refrain from any possession of any type of drug paraphernalia.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Special condition f: defendant shall maintain residence at 135 Private Road 1514, Elba, AL | According to the defendant's mother, the defendant has not resided at 135 Private Road 1514, Elba, AL., residence since the end of March, 2007. The defendant admitted that he has not resided at the residence for the past two weeks. |
| Special Condition p: refrain from any use or unlawful possession of a narcotic drug and controlled substances | On May 1, 2007, the defendant submitted a urine specimen for the purpose of drug testing, which tested positive for methamphetamine and marijuana. The defendant stated that he used both substances on Sunday, April 29, 2007. |

U.S. Probation Officer Action: The defendant is scheduled to appear in court before Your Honor on May 8, 2007, for sentencing. Considering the recent violations of the defendant, the probation officer recommends that the defendant's bond be revoked and that he be remanded to custody at the time of his sentencing.

PS 12A
(8/03)

                                                Respectfully submitted,

                             by     /s/ Tamara C. Martin

                                                Tamara C. Martin
                                                U.S. Probation Officer
                                                Date: May 2, 2007

Reviewed and approved:  /s/ Sandra G. Wood
                             Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions of Release
[ ] Submit a Request for Warrant or Summons
[ ] Other
[X] Concur with Probation Officer's recommendation
[ ] No action necessary

                                                              Signature of Judicial Officer

                                                              May 8, 2007
                                                                   Date